

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-15-00372-CV

---

## EX PARTE MILTON LEE GARDNER

---

**From the 77th District Court
Limestone County, Texas
Trial Court No. J-291-A-1**

---

## ORDER

---

"Appellant's Motion for Leave to File a Supplemental Reply Brief" was filed on May 4, 2016. In this motion, appellant requests two actions by this Court. The first is to dismiss the State's brief as inadequately briefed, regard appellant's brief as correctly presenting the case, and reverse the trial court's judgment upon appellant's brief without examining the record. This request is denied.

In the alternative, appellant requests that we grant appellant leave to file his supplemental reply brief. This request is granted to the extent necessary to have the issues raised by appellant in his supplemental reply brief before the Court for

consideration in the disposition of the appeal. Accordingly, appellant's supplemental reply brief is filed as of the date of its receipt, May 4, 2016.

Because appellant contends there are new or additional issues raised in his supplemental reply brief, this case is not yet ready for disposition and will be removed from the Court's "at issue" docket. The State has 28 days to file a reply brief to appellant's supplemental reply brief. When the State's reply brief is filed, the case will again be placed at issue.

PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Motion denied in part and granted in part
Order issued and filed May 19, 2016

